Burkett v O'Toole (2024 NY Slip Op 06441)

Burkett v O'Toole

2024 NY Slip Op 06441

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, DELCONTE, AND HANNAH, JJ.

683 CA 23-01663

[*1]JACKLYN BURKETT AND JOHN BURKETT, PLAINTIFFS-APPELLANTS,
v
ERIN M. O'TOOLE, DEFENDANT-RESPONDENT. 

JAMES ALEXANDER LAW, EAST SYRACUSE (JAMES L. ALEXANDER OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
MURA LAW GROUP, PLLC, BUFFALO (BRENDAN S. BYRNE OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Onondaga County (Danielle M. Fogel, J.), entered September 27, 2023. The order granted the motion of defendant for summary judgment and dismissed the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court